ALLACCESS LAW GROUP
  Irene Karbelashvili, State Bar Number 232223
  irene@allaccesslawgroup.com
  Irakli Karbelashvili, State Bar Number 302971
  irakli@allaccesslawgroup.com
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone:     (408) 295-0137
Facsimile:     (408) 295-0142

Attorneys for RODNEY GREEN, SR., Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RODNEY GREEN, SR.,<br><br>                    Plaintiff,<br><br>      vs.<br><br>MERCY HOUSING, INC., a Nebraska corporation; MERCY HOUSING MANAGEMENT GROUP, INC., a Nebraska corporation dba East Leland Court; MERCY HOUSING CALIFORNIA XXXVIII, a California limited partnership; and DOES 1-10, Inclusive,<br><br>                    Defendants | Case No. 18-cv-04888-WHA<br><br>**STIPULATION DISMISSING ACTION WITH PREJUDICE** |

RODNEY GREEN, SR. ("Plaintiff") and MERCY HOUSING, INC., a Nebraska corporation; MERCY HOUSING MANAGEMENT GROUP, INC., a Nebraska corporation dba East Leland Court; MERCY HOUSING CALIFORNIA XXXVIII, a California limited partnership ("Defendants") stipulate in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) that this

action is dismissed in its entirety with prejudice with each side bearing their own attorney fees and costs.

Dated: June 30, 2023         ALLACCESS LAW GROUP

                             */s/ Irene Karbelashvili*
                             By Irene Karbelashvili,
                             Attorney for Plaintiff

Dated: June 30, 2023         SABER LAW GROUP

                             */s/ Michelle Younkin*
                             By Michelle Younkin,
                             Attorney for Defendants

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I hereby attest that I, Irene Karbelashvili, received the concurrence of the signatories in the filing of this document

DATED: July 6, 2023

                    By:        /s/ Irene Karbelashvili
                             IRENE KARBELASHVILI

*GRANTED*
*Judge William Alsup*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

STIPULATION DISMISSING ACTION WITH PREJUDICE
Case No. 18-cv-04888-WHA

2